IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| **Brent Tatko,** | ) | Case No.: 3:24-cv-3566-JDA |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' DESIGNATION OF EXPERT WITNESSES** |
| | ) | |
| **Steven Johns and D&N Trucking, Inc.,** | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and the Second Consent Amended Scheduling Order (ECF No. 16), Defendants Steven Johns and D&N Trucking, Inc. ("Defendants") hereby disclose the following expert witnesses as retained by Defendants who may testify in the trial of this case:

(1)  Seth Shawn Molloy, D.O., M.Sc., F.A.C.O.S.
     1910 Blanding Street
     Columbia, SC 29201

     Defendants hereby certify that a written report prepared and signed by Dr. Molloy, including all information required by Fed. R. Civ. P. 26(a)(2)(B), is being served upon counsel for Plaintiff contemporaneously herewith.

(2)  Charles G. Shissias, M.D.
     9330 Medical Plaza Drive
     Charleston, SC 29406

     Defendants hereby certify that a written report prepared and signed by Dr. Shassias, including all information required by Fed. R. Civ. P. 26(a)(2)(B), is being served upon counsel for Plaintiff contemporaneously herewith.

*Signature Page Follows*

Page **1** of **2**

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/ Madison K. Kea
Richard E. McLawhorn, Jr. Fed. I.D. No. 11441
Madison K. Kea Fed. I.D. No. 14079
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233
rem@swblaw.com
mkk@swblaw.com

**ATTORNEYS FOR THE DEFENDANTS**

Columbia, South Carolina

June 2, 2025