# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | | |
|---|---|---|
| **Brent Tatko,** | ) | Civil Action No.: 3:24-cv-3566- JDA |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| **Steven Johns and D&N Trucking, Inc.** | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, the undersigned, as attorneys for the parties herein, hereby stipulate that the Complaint be dismissed with prejudice and forever ended.

s/*James G. Biggart*
James G. Biggart, II, Esq.
Michael Cooper Klaasmeyer
Morgan & Morgan
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
**Attorneys for Plaintiff**

*s/ Madison K. Kea*
Richard E. McLawhorn, Jr.
Madison K. Kea
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
rem@swblaw.com
mkk@swblaw.com
**Attorneys for the Defendants**

Columbia, South Carolina
September 11, 2025